1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10
11 | KINGVISION PAY-PER-VIEW, )   CASE NO. CV 99-9020-RMT (SHx)
   | LTD.,                     )
12 |          Plaintiff,       )   RENEWAL OF DEFAULT JUDGMENT
13 | vs.                       )
14 | AHMAD KARBALAIE,          )
   | individually and dba Jinos Pizza )
15 | aka Jinos West Pizza aka The )
   | Original Jinos Pizza,     )
16 |                           )
   |          Defendant.       )
17 | _____  )

18        Based upon the application for renewal of the judgment of the original

19 judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320,

20 and for good cause appearing, therefore,

21        The judgment to and against Defendant AHMAD KARBALAIE, individually

22 and dba Jinos Pizza aka Jinos West Pizza aka The Original Jinos Pizza, the Default

23 Judgment entered on 5/24/01 [copy attached] is hereby renewed in the amounts as

24 set forth below:

25        Renewal of money judgment

26             a.  Total judgment                    $6,800.00
               b.  Costs after judgment              $   -0-
27             c.  Attorneys fees:                    $   -0-
               d.  Subtotal (*add a and b*)          $6,800.00
28             e.  Credits after judgment            $   -0-

1

      f.  Subtotal (*subtract d from c*)             $6,800.00

2

      g.  Interest after judgment              $1,700.00
      h.  Fee for filing renewal application     $   -0-
      i.  **Total renewed judgment** *(add e. 5. and g)*   $8,500.00

3

4

DATED:    January 13, 2011

5

                       CLERK, by   Lori Muraoka
                       Deputy

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28